UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLEGIANT AIR, LLC,<br><br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, and AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 2118,<br><br>    Defendants<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, and AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 2118,<br><br>    Counterclaimants,<br><br>v.<br><br>ALLEGIANT AIR, LLC,<br><br>    Counterdefendant. | Case No.: 2:20-cv-01866-APG-DJA<br><br>**Order Granting Motion for Entry of Judgment**<br><br>[ECF No. 36] |

On March 10, 2022, I denied plaintiff/counterdefendant Allegiant Air, LLC's motion for summary judgment (ECF No. 21) and motion to dismiss (ECF No. 22), and granted defendants/counterclaimants International Brotherhood of Teamsters, Airline Division, and Airline Professionals Association Teamsters Local Union No. 2118's (together, the Union) motion to enforce the arbitration award (ECF No. 25). ECF No. 35. The parties' joint discovery plan and scheduling order stated that their case should be decided based on dispositive motions. ECF No. 16 at 3. On March 28, 2022, Allegiant moved for an entry of judgment under Federal

Rule of Civil Procedure 58(d). ECF No. 36. The Union opposed. ECF No. 37. I must enter judgment as required by Rules 58(a) and (b)(2).

I THEREFORE ORDER the clerk of court to enter judgment in favor of defendants/counterclaimants International Brotherhood of Teamsters, Airline Division, and Airline Professionals Association Teamsters Local Union No. 2118, and against plaintiff/counterdefendant Allegiant Air, LLC as set forth in my prior order (ECF No. 35). The clerk of court is further instructed to close this case.

DATED this 21st day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE